BRENDA H. ENTZMINGER
Nevada Bar No. 9800
A. J. SHARP
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE A. TOLIVER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARK GORDON; WAL-MART STORES, INC.<br><br>　　　　　　　Defendants. | Case No.: 2:09-cv-02293-JCM-LRL<br><br>**JUDGMENT** |

　　　This action came on before the court on February 23, 2010, Honorable James C. Mahan, District Judge, presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered pursuant to the Order of this Court dated April 26, 2010 (Docket Filing #21),

//

//

//

//

//

//

//

//

- 1 -

1  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be
2  dismissed **with prejudice** on the merits.
3  DATED May 13, 2010      .

_____
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ A. J. Sharp_____
BRENDA H. ENTZMINGER
Nevada Bar No. 9800
A. J. SHARP
Nevada Bar No. 11457
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May, 2010, I served a true and correct copy of the foregoing, **[PROPOSED] JUDGMENT**, by U.S. Mail, in a sealed envelope, first class postage fully prepaid, addressed to the following counsel of record, at the addresses listed below:

| PLAINTIFF | PHONE/FAX | PARTY |
|---|---|---|
| GEORGE A. TOLIVER<br>5332 Koa Avenue<br>Las Vegas, NV 89122<br><br>and<br><br>GEORGE A. TOLIVER<br>946 West Beach Avenue #5<br>Inglewood, CA 90302 | Phone 444-6541<br>Phone 488-0899 | Plaintiff |

/s/ Joshua Sommers

An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC